# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DONALD MAURICE KING,

        Petitioner,

-vs-                                           Case No.  6:05-cv-1195-Orl-19JGG
                                                 (Criminal Case No.:  6:04-cr-46-Orl-19JGG)

UNITED STATES OF AMERICA,

        Respondent.
_____

## ORDER

On August 16, 2005, the Court ordered Petitioner to file an amended section 2255 motion within eleven days from the date of the Order (Doc. No. 2).  Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __2nd_____ day of September, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 9/1
Donald Maurice King